# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

---

**UNITED STATES OF AMERICA**

**VS.**                                                   **CASE NO: 5:24-cr-19-TPB-PRL**

**JORDAN KAROD GOODMAN**

| JUDGE: | Thomas P. Barber | COUNSEL FOR GOVERNMENT: | Sarah Swartzberg |
|---|---|---|---|
| DEPUTY CLERK: | Holly Iovino | COUNSEL FOR DEFENDANT: | Christine Nan Bird |
| COURT REPORTER: | Rebekah Lockwood | PROBATION: | Katrina Clark |
| SCHEDULED DATE/TIME: | September 13, 2024 11:30 AM | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING

Case Called; appearances placed on the record.

**SENTENCE IMPOSED as to Count One of the Indictment.**

**INCARCERATION: 92 Months**

**SUPERVISED RELEASE**: 3 Years.

    *Special conditions of supervised release:*

    Mandatory drug testing requirements are imposed.

    Drug aftercare conditions imposed.

    Defendant shall cooperate in the collection of DNA.

    Search conditions imposed.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**FORFEITURE ORDERED** of those assets identified in the Preliminary Order of Forfeiture entered at Doc. 46.

The defendant is **remanded** to the custody of the United States Marshal.

Defendant advised of right to appeal.

Time in court: 11:20 am – 11:51 am; Total time in court: 31 minutes